1   Steven M. Boudreau SBN070231
    **BOUDREAU WILLIAMS LLP**
2   666 State Street
    San Diego CA 92101
3   Telephone:  619.238.0370
    Facsimile:  619.238.8181
4   boudreau@bwlawllp.com

5

6   Attorneys for Plaintiff
    CHRISTINA JOHNSTON

7

8

9                     UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11  CHRISTINA JOHNSTON            )   CASE NO. '08 CV U568 BTM NLS
                                  )
12            Plaintiff,          )   COMPLAINT FOR NEGLIGENCE
                                  )
13  v.                            )
                                  )
14  UNITED STATES OF AMERICA;  and )
    DOES 1-10,                    )
15                                )
                                  )
16            Defendants.         )
    _____ )
17

18          Plaintiff, CHRISTINA JOHNSTON, alleges:

19          1.      This action arises under the Federal Tort Claims Act of 1948, 62 Stat. 982, 28 United

20  States Code sections 1346 (b), 2671 et seq.

21          2.      Plaintiff resides, and at all times mentioned in this complaint, did reside within the

22  boundaries of this district.  Defendant, by and through the Department of Homeland Security,

23  Customs Border Protection, a Federal agency of Defendant, did and still does conduct border security

24  operations in San Diego County, California.

25          3.      All of the defendants negligent acts and omissions herein complained of occurred on

26  September 24, 2004 within San Diego County, California.

27          4.      Plaintiff presented a timely and valid Claim for Damage, injury or death pursuant to

28  28 CFR 14.2, which claim was substantially rejected by letter dated October 2, 2007.

---

FILED

08 MAR 26  AM 11:58

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  CP                    DEPUTY

1       5.      On September 24, 2004, Plaintiff was operating her motor vehicle on Skyline Truck

2  Trail in San Diego County. Unbeknownst to her, a Border Patrol Agent employed by the Department

3  of Homeland Security, Customs Border Protection, was approaching her in a government vehicle.

4  As she proceeded in a Northwest direction she rounded a turn and encountered said employee, Axel

5  Ignacio Hernandez, negligently executing a u-turn that put his vehicle perpendicular to plaintiff's

6  path of travel.  Plaintiff braked but could not avoid hitting the vehicle operated by Mr. Hernandez.

7       6.      The collision that ensued, proximately caused injury to plaintiff's person and

8  property, including but not limited to physical and mental injury that required and continues to

9  require medical attention and intervention, interference with her professional occupation producing

10  a loss of benefits, property damage to her vehicle, and ancillary expenses related to her property

11  damage claim.  Plaintiff's damages proximately resulting from the collision are in excess of

12  $125,000.00.

13       WHEREFORE, Plaintiff prays for judgment as follows:

14       1.      For General damages in the amount according to proof;

15       2.      For Special damages in an amount according to proof;

16       3.      For Such other further relief as the Court may deem proper.

17

18  Dated: _____03/26/08_____           BOUDREAU WILLIAMS LLP

19

20

21               By:  _____

                        Steven M. Boudreau, Esq.

22                  Attorneys for Plaintiff,

                    CHRISTINA JOHNSTON

23

24

25

26

27

28

---

# UNITED STATES
# DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# # 149113    — SH
# * * C O P Y * *
# March 26, 2008
# 12:00:31

## Civ Fil Non-Pris
USAO #.: 08CV0568
Judge..: BARRY T MOSKOWITZ
Amount.:                    $350.00 CK
Check#.: BC16308

## Total—>  $350.00

FROM: JOHNSTON V. USA

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I. (a) PLAINTIFFS**

CHRISTINA JOHNSTON

**DEFENDANTS**

UNITED STATES OF AMERICA

FILED

08 MAR 26 AM 11: 58

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

BY: DEPUTY

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

BOUDREAU WILLIAMS LLP
666 STATE STREET
SAN DIEGO, CA 92101

619-238-0370

ATTORNEYS (IF KNOWN)

'08 CV 0568 BTM NLS

**II. BASIS OF JURISDICTION** (PLACE AN 'X' IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [X] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)  THIS ACTION ARISES UNDER THE FEDERAL TORT CLAIMS ACT OF 1948, 62 STAT. 982, 28 U.S.C Sect. 1346 (b), sect. 2671-2680; and SOUNDS IN NEGLIGENCE BY A GOVERNMENT EMPLOYEE.

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reappointment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury - Medical Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury - Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle [X] | [ ] 371 Truth in Lending | [ ] 690 Other | **SOCIAL SECURITY** | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | [ ] 861 HIA (1395ff) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 862 Black Lung (923) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motion to Vacate Sentence | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **HABEAS CORPUS:** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | | | [ ] 890 Other Statutory Actions |
| [ ] 290 All Other Real Property | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Conditions | | | |

**VI. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removal from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  DEMAND $ 0.00   CHECK YES only if demanded in complaint: JURY DEMAND: [X] YES [ ] NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):  JUDGE _____  Docket Number _____

DATE  MARCH 24, 2008

SIGNATURE OF ATTORNEY OF RECORD  Steven M. Boudreau   STEVEN M. BOUDREAU, ESQ.

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

CR 149113 $350 SD 3/26/08