Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

CHRISTINA JOHNSTON

vs

UNITED STATES OF AMERICA; and
DOES 1-10

**SUMMONS IN A CIVIL ACTION**
Case No. '08 CV 0568 BTM NLS

FILED
08 MAR 26 PM 12:00
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY

STEVEN M. BOUDREAU, ESQ.
BOUDREAU WILLIAMS LLP
666 STATE STREET
SAN DIEGO, CA 92101
(619) 238-0370 / (619) 238-8181

An answer to the complaint which is herewith served upon you, within SIXTY DAYS (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

3/26/08
DATE

By C. PUTMANN, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S