| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| BOUDREAU WILLIAMS, LLP<br>STEVEN M. BOUDREAU, 070231<br>666 STATE STREET<br>SAN DIEGO, CA 92101 | (619) 238-0370 | |
| ATTORNEY FOR (Name): | Ref. No. or File No.<br>MICHELLE/1739.001 | |
| Insert name of court, judicial district or branch court, if any:<br>UNITED STATES DISTRICT COURT<br>880 FRONT STREET - SUITE 4290<br>SAN DIEGO, CA 92101 | | |

| PLAINTIFF: |
|---|
| JOHNSTON |

| DEFENDANT: |
|---|
| U.S. AMERICA |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>08 CV U568 BTM NLS |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons;Complaint;CIVIL COVER SHEET

ON: UNITES STATES OF AMERICA

AT 101 WEST BROADWAY, 11TH FLOOR
   SAN DIEGO, CA 92101

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
MARY WIGGINS, - ATTORNEY/AUTHORIZED TO ACCEPT

ON: 04/02/2008
AT: 02:50 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: $38.50
   Registered California process server.
   County: SAN DIEGO
   Registration No.: 968
   Diversified Legal Services, Inc.
   4665 Park Blvd
   San Diego, CA 92116
   6192608224

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on April 4, 2008 at SAN DIEGO, California.

Signature: _____
           THOMAS TORRES 103254A

**PROOF OF SERVICE**

Order#: 103254A/GProof39