KAREN P. HEWITT
United States Attorney
THOMAS B. REEVE, JR.
Assistant U. S. Attorney
California State Bar No. 069310
Room 6293, at 880 Front Street
San Diego, California 92101-8893
Telephone: (619) 557-7159
Email: tom.reeve@usdoj.gov
Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA JOHNSTON, | Case No. 08 cv 0568-BTM(NLS) |
| Plaintiff, | |
| v. | **ANSWER TO COMPLAINT** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

COMES NOW Defendant, the United States of America, by and through its attorneys, Karen P. Hewitt, United States Attorney, and Thomas B. Reeve, Jr., Assistant U.S. Attorney, and in answer to Plaintiff's complaint states as follows:

1. Answering Paragraph 1 of the Complaint, Defendant alleges that the allegations contained therein are legal conclusions solely within the purview of the court and for its determination, and no answer is therefore required. To the extent an answer is required, said allegations are denied.

2. Answering Paragraph 2 of the Complaint, Defendant admits it conducts governmental activities within the Southern District. Except as specifically admitted, Defendant denies generally and specifically, each, all and every allegation.

3. Answering Paragraph 3 of the Complaint, Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each, all and every allegation

contained therein.

4. Answering Paragraph 4 of the Complaint, Defendant alleges that the allegations contained therein are legal conclusions solely within the purview of the court and for its determination, and no answer is therefore required. To the extent an answer is required, said allegations are denied.

5. Answering Paragraph 5 of the Complaint, Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each, all and every allegation contained therein.

6. Answering Paragraph 6 of the Complaint, Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each, all and every allegation contained therein.

## DEFENSES, AFFIRMATIVE DEFENSES, AND OTHER MATTERS

1. The Plaintiff is limited to recovery, if any, of the amount claimed administratively in accordance with 28 U.S.C. § 2675(b).

2. Defendant United States cannot be held strictly liable under the FTCA. Plaintiff must prove negligence by a federal employee.

3. If Plaintiff failed to utilize a seatbelt, then Plaintiff is comparatively negligent.

4. Defendant is entitled to an offset against damages, if any, for all monies paid to Plaintiff by the United States as a result of Plaintiff's injuries.

5. All future damages, if any, must be reduced to present value.

6. Income taxes must be deducted from all alleged past and future lost earnings, if any.

7. Proposition 51, California Civil Code § 1431.2, et seq. provides that "each defendant shall be liable only for the amount of non-economic damages allocated to the defendant in direct proportion to that defendant's percentage of fault. . . ." It further provides for apportionment of non-economic damages at the trial level.

1  WHEREFORE, Defendant prays that Plaintiff take nothing by reason of her suit herein,
2 that judgment be rendered in favor of said Defendant, for costs of suit herein incurred, and for
3 such other and further relief as this Court may deem proper.
4   May 30, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney


/s/ **Thomas B. Reeve, Jr.**

THOMAS B. REEVE, JR.
Assistant U.S. Attorney
Attorneys for Defendant
United States of America
tom.reeve@usdoj.gov