UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA JOHNSTON,<br><br>                    Plaintiff,<br><br>        v.<br><br>THE UNITED STATES OF AMERICA,<br>et al.,<br><br>                    Defendants. | Case No. 08cv0568-BTM(NLS)<br><br>**PROOF OF SERVICE** |

I HEREBY DECLARE THAT:

        I, Thomas B. Reeve, Jr. , am a citizen of the United States and am at least eighteen years of age.  My business address is room 6293, at 880 Front Street, San Diego, California 92101-8893.  I am not a party to the above-entitled action.  I have caused service of the following:

### ANSWER TO COMPLAINT

on the following parties by electronically filing the foregoing with the Clerk of the District Court, Southern District of California, using its ECF System, which automatically provides electronic notification.

Steven M. Boudreau
Boudreau, Williams LLP
666 State Street
San Diego, California 92101
Telephone: (619) 238-0370
boudreau@bwlawllp.com
Attorneys for Plaintiff
Christina Johnston

        I declare under penalty of perjury that the foregoing is true and correct and that this certification was executed on May 30, 2008, in San Diego, California.

*s/ Thomas B. Reeve, Jr.*

_____
THOMAS B. REEVE, JR.